|  | **U.S. Department of Justice** |
|---|---|
|  | *United States Attorney*<br>*Eastern District of New York* |
| ABS/SWR<br>F. #2016R01059 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

March 4, 2019

**Via ECF**

The Honorable Sterling Johnson Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Roman Azimov
                Criminal Docket No. 16-320 (SJ)

Dear Judge Johnson:

      The government writes on behalf of both parties to respectfully request that defendant Roman Azimov's sentencing be adjourned until September 2019. Mr. Azimov is currently set to be sentenced on March 14, 2019. Mr. Azimov pleaded guilty on June 16, 2016 to several conspiracies that will be the subject of United States v. Pikus, et. al., 16-CR-329, a related case that is currently pending before this Court. Adjourning the sentencing until after the resolution of the Pikus trial will give the Court the opportunity to see the presentation of evidence related to the conspiracies, which will aid the Court in determining Mr. Azimov's sentence. The defendant, through his counsel, joins in this request and the Probation Office has no objection.

                                                   Respectfully submitted,

                                                   ROBERT ZINK
                                                   Acting Chief
                                                   Fraud Section, Criminal Division
                                                   U.S. Department of Justice

                               By:        /s/_____
                                                 A. Brendan Stewart
                                                 Sarah Wilson Rocha
                                                 Trial Attorneys
                                                 Criminal Division, Fraud Section
                                                 U.S. Department of Justice

Cc:    Michael S. Hughes, Esq. (via ECF)